UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VELDA DENISE MORSE | CIVIL ACTION |
| VERSUS | NO. 17-10246 |
| WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC | SECTION "H"(5) |

### ORDER

A review of the record indicates that a waiver of service has been executed as to Defendant Wright National Flood Insurance Services, LLC (Rec. Doc. 8) and the deadline to file responsive pleadings has expired.

Accordingly;

**IT IS ORDERED** that Plaintiff's counsel take steps to further prosecute their claims or obtain responsive pleadings from Wright National Flood Insurance Services, LLC on or before **MARCH 19, 2018**. Failure to do so, or show good cause <u>in writing</u> as to why this matter has not been joined, shall result in the DISMISSAL of this matter for failure to prosecute pursuant to Local Rule 41.3.

Signed this 26th day of February, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE